United States District Court
Western District of Pennsylvania

Date April 11, 2025

H.E Kristic Ann White

v.

David W. Ferrier,

Ryan T. Williamson

**FILED**

APR 14 2025

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Request for IFP

I Kristic White, women am praying that
this Honorable Court allows me to pay what I
may owe at a later date due to not having
funding at this time.

Respectfully,
Kristic Ann White